AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
DOUGLAS FARQUHAR MACRAE

)
) Case: 1:22-mj-00106
) Assigned to: Judge Meriweather, Robin M.
) Assign Date: 5/12/2022
) Description: COMPLAINT W/ ARREST WARRANT
)
)

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __DOUGLAS FARQUHAR MACRAE__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parade, Demonstrate, or Picket in any of the Capitol Buildings.

Date: __05/12/2022__                                    2022.05.12 12:53:35 -04'00'
                                                        *Issuing officer's signature*

City and state:  __Washington, D.C.__                  Robin M. Meriweather, U.S. Magistrate Judge
                                                        *Printed name and title*

### Return

This warrant was received on *(date)* __5/12/22__, and the person was arrested on *(date)* __5/16/22__
at *(city and state)* __Arlington, VA__

Date: __5/16/22__
                                                        *Arresting officer's signature*

                                                        Special Agent Matthew Riser / FBI
                                                        *Printed name and title*